UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 1:2017-cr-20463

v.

MICHAEL SHANE MATTHEWS
_____/

### UNOPPOSED MOTION TO ALLOW DEFENDANT TO TRAVEL TO MISSISSIPPI

COMES NOW, the Defendant, by and through the undersigned attorneys, files this Motion to Travel to Mississippi. In support thereof the Defendant states:

1. On January 29, 2018 the Defendant was sentenced to 3 months incarceration followed by one year supervised release in the above referenced cause.
2. The Defendant was ordered to surrender to the US Marshall on or before noon on June 1, 2018.
3. The Defendant is requesting to travel to Mississippi from April 10, 2018 through April 16, 2018 to visit family.
4. The undersigned has contacted Glenn McInnes, Supervising US Probation Officer with the Northern District of Florida and he has no objection to this motion.
5. Defense Counsel has contacted Assistant United States Attorney, Kevin Larson regarding this motion and Mr. Larson is not opposed.

**WHEREFORE,** it is respectfully requested that this Honorable Court enter its Order Allowing Defendant to Travel to Mississippi in the above styled cause.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished to Kevin Larson, Assistant United States Attorney, Southern District of Florida at kevin.larson@usdoj.gov this 28th day of February, 2018.

                                        **KINSELL LAW OFFICE**

By:    s/ Miles Kinsell
          MILES KINSELL
          Fl. Bar No.: 0343020
          Attorneys for Defendant
          P.O. BOX 140179
          Gainesville, FL 32614
          (352) 375-6229
          miles@kzwlaw.com